*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael J Cocchiola and Tina L Cocchiola
    Debtor(s)

Case No: 16–12509–ref
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

\*\*NOTICE OF RESCHEDULED HEARING\*\*
Motion to Dismiss Case; feasibility , Motion to Dismiss Debtor(s) for Failure to File Documents Filed by FREDERICK L. REIGLE

on: 3/23/17

at: 09:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  2/14/17

Timothy B. McGrath
Clerk of Court

36 – 22
Form 167