*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael J Cocchiola and Tina L Cocchiola
    Debtor(s)

Case No: 16–12509–ref

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

**NOTICE OF RESCHEDULED HEARING**
Motion to Dismiss Case for Failure to Make Plan Payments ,
Motion to Dismiss Case; feasibility Filed by FREDERICK L. REIGLE (Counsel)

on: 3/23/17

at: 09:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 2/14/17

Timothy B. McGrath
Clerk of Court

39 – 22
Form 167