**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

------------------------------------------------X

**IN RE**:

**MICHAEL J. COCCHIOLA and
TINA L. COCCHIOLA**

CHAPTER 13

CASE NO.: 16-12509-ref

Debtor,

------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 9, 2017, a true, accurate and correct copy of Debtors 3rd Amended Chapter 13 Plan was filed with the Clerk for the Eastern District of Pennsylvania Bankruptcy Court and has been served upon all parties of record via the Court's ECF system and Regular U.S. Mailing on this same day to the following:

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107-4405

FREDERICK L. REIGLE
Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410

Bank of America Corporate Ctr.
100 North Tryon Street
Charlotte, NC 28255

Synchrony bank
950 Forrer Blvd,
Kettering, OH 45420

BANK OF AMERICA, N.A.
PO BOX 31785
Tampa FL 33631-3785

AMERICAN EXPRESS BANK, FSB
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355

AT&T
AT&T Universal Card
Des Moines, IA 50363

American Express
PO Box 981537
El Paso, TX 79998

Chase Card
P.O. Box 15298
Wilmington, DE 19850

Credit Control
5757 Phantom Drive, Ste 330
Hazelwood, MO 63042

Discover Bank
Discover Products INC
P.O. Box 3025
New Albany Ohio 43054

| | | |
|---|---|---|
| Discover Fin Svcs LLC<br>P.O. Box 15316<br>Wilmington, DE 19850 | Hyundai Capital America DBA<br>Hyundai Motor Finance<br>PO Box 20809 Dallas, TX 75265 | Hyundai Finance<br>PO BOX 650805<br>Fountain Valley, CA 92728 |
| Lowes Credit<br>PO Box 1111<br>North Wilkesboro, NC 28659 | Merchants Bank<br>25 Broadway<br>Bangor, PA 18013 | Merchants Bank of Bangor<br>Attn: Larry Rice, Jr.<br>1250 Braden Boulevard<br>Easton, PA 18040 |
| Midland Funding LLC<br>PO Box 2011<br>Warren MI 48090 | Quantum3 Group LLC as agent for<br>JH Portfolio Debt Equities LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | |

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

| | | |
|---|---|---|
| SYNCB/Lowes<br>P.O. Box 965005<br>Orlando, FL 32896 | SYNCB/SAMS CLUB<br>P.O. Box 965005<br>Orlando, FL 32896 | Slate/Chase<br>PO Box 15123<br>Wilmington, DE 19850 |
| Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | | UNVL/CITI<br>P.O. Box 6241<br>Sioux Falls, SD 57117-6241 |
| Wells Fargo Bank NV NA<br>P.O. Box 31557<br>Billings, MT 59107-1557 | Wells Fargo Bank, N.A.<br>1 Home Campus X2303-01A<br>Des Moines, IA 50328-0001 | |

Date: August 9, 2017                    /s/ Robert Leite-Young
                                        Robert C. Leite-Young, Esquire
                                        Attorney for Debtor
                                        6950 Castor Avenue
                                        Philadelphia, PA 19149
                                        267.343.5818 (phone)
                                        267.343.5821 (fax)