# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael J. Cocchiola<br>Tina L. Cocchiola<br>　　　　　　　　Debtors<br><br>BANK OF AMERICA, N.A.<br>　　　　　　　　Movant<br>　　vs.<br>Michael J. Cocchiola<br>Tina L. Cocchiola<br>　　　　　　　　Debtors | CHAPTER 13<br><br><br>NO. 16-12509 REF<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection of BANK OF AMERICA, N.A. to Confirmation of Chapter 13 Plan, which was filed with the Court on or about October 3, 2016 (Doc. No. 21).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Matteo S. Weiner, Esquire**
　　　　　　　　　　　　　　　　　　　Matteo S. Weiner, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

August 9, 2017