United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael J Cocchiola  
Tina L Cocchiola  
    Debtors

Case No. 16-12509-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Dec 01, 2017  
Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2017.  
db/jdb     +Michael J Cocchiola, Tina L Cocchiola, 2309 Katie Court, Easton, PA 18040-8476

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                       Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2017 at the address(es) listed below:

    DENISE ELIZABETH CARLON    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com  
    FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
    JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
    KARINA VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com  
    KARINA VELTER    on behalf of Defendant    Wells Fargo Bank, N.A. Home Equity Group amps@manleydeas.com  
    LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
    MATTEO SAMUEL WEINER    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com  
    ROBERT CAPTAIN LEITE-YOUNG    on behalf of Plaintiff Michael J Cocchiola rleite@rlmfirm.com, Bankruptcyhelp101@gmail.com  
    ROBERT CAPTAIN LEITE-YOUNG    on behalf of Joint Debtor Tina L Cocchiola rleite@rlmfirm.com, Bankruptcyhelp101@gmail.com  
    ROBERT CAPTAIN LEITE-YOUNG    on behalf of Plaintiff Tina L Cocchiola rleite@rlmfirm.com, Bankruptcyhelp101@gmail.com  
    ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Michael J Cocchiola rleite@rlmfirm.com, Bankruptcyhelp101@gmail.com  
    THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                         TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Michael J Cocchiola and Tina L Cocchiola

    Debtor(s)

Chapter: 13
Bankruptcy No: 16−12509−ref

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this November 30, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Richard E. Fehling
    Judge ,
    United States Bankruptcy Court

55
Form 155