# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| **MICHAEL J. COCCHIOLA** ) | |
| **TINA L. COCCHIOLA** ) | CASE NO.: 16-12509-ref |
| ) | |
| ) | |
| **Debtor,** ) | |
| ) | |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

Counsel for debtor Robert Leite-Young has filed an Application for approval of Compensation, attorney's fees and cost regarding the above captioned Chapter 13 case.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **01/4/2018** you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at

    Eastern District of Pennsylvania
    Bankruptcy Clerk's Office
    900 Market Street, Ste 400
    Philadelphia, PA 19107
    215-408-2800

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

    Robert Leite-Young, Esquire
    Roach & Leite, LLC
    6950 Castor Avenue
    Philadelphia, PA 19149
    267-343-5818
    267-343-5821

  2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

  3. **A hearing on the Application is scheduled to be held before the Honorable Judge Richard E. Fehling on 01/4/2018 at 9:30am in Courtroom #1, United States Bankruptcy Court, 400 Washington Street, Reading, PA 19601.**

  4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: December 14, 2017

            Roach & Leite, LLC

              /s Robert Leite-Young
              Robert C. Leite-Young, Esq.
              Attorney for Debtor