## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| **MICHAEL J. COCCHIOLA** | ) | |
| **TINA L. COCCHIOLA** | ) | CASE NO.: 16-12509-ref |
| | ) | |
| | ) | |
| Debtor, | ) | |

## CERTIFICATE OF NO RESPONSE

TO THE CLERK OF BANKRUPTCY COURT:

The undersigned certifies that to date there has been no response by debtor, by any creditor and/or other interested party to the Application of counsel Robert Leite-Young, Esq., for Compensation and Reimbursement filed on December 14, 2017 evidenced as document #57 and the corresponding Notice evidenced as document #57.

Respectfully submitted,

s/ Robert Leite-Young
Counsel for Debtor