United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael J Cocchiola  
Tina L Cocchiola  
     Debtors

Case No. 16-12509-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Jan 09, 2018  
                         Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2018.
```
db/jdb         +Michael J Cocchiola,    Tina L Cocchiola,    2309 Katie Court,    Easton, PA 18040-8476
NONE           +Robert Captain Leite-Young,    2938 Levick Street, Ground,    Philadelphia, PA  19149,
                 UNITED STATES 19149-3050
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2018 01:39:24      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                               TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2018 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARINA   VELTER    on behalf of Defendant    Wells Fargo Bank, N.A. Home Equity Group
               amps@manleydeas.com
              KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com
              ROBERT CAPTAIN LEITE-YOUNG    on behalf of Plaintiff Michael J Cocchiola rleite@rlmfirm.com,
               Bankruptcyhelp101@gmail.com
              ROBERT CAPTAIN LEITE-YOUNG    on behalf of Joint Debtor Tina L Cocchiola rleite@rlmfirm.com,
               Bankruptcyhelp101@gmail.com
              ROBERT CAPTAIN LEITE-YOUNG    on behalf of Plaintiff Tina L Cocchiola rleite@rlmfirm.com,
               Bankruptcyhelp101@gmail.com
              ROBERT CAPTAIN LEITE-YOUNG    on behalf of  Robert Captain Leite-Young rleite@rlmfirm.com,
               Bankruptcyhelp101@gmail.com
              ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Michael J Cocchiola rleite@rlmfirm.com,
               Bankruptcyhelp101@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 14
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
:
MICHAEL J. COCCHIOLA :
TINA L. COCCHIOLA : CASE NO.: 16-12509-ref
Debtor(s) :

## ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel Robert Leite-Young, Esq. ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$1,500.00**.

3. ~~The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $0.00 which was paid by the Debtor(s) pre-petition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.~~

Date: 1/9/18

_____
RICHARD E. FEHLING
U.S. BANKRUPTCY JUDGE