# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michael J. Cocchiola<br>         Tina L. Cocchiola<br>                         Debtors | CHAPTER 13 |
| BANK OF AMERICA, N.A.<br>                         Movant<br>         vs.<br>Michael J. Cocchiola<br>Tina L. Cocchiola<br>                         Debtors<br>William C. Miller<br>                         Trustee | NO. 16-12509 REF<br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion of Relief from the Automatic Stay of BANK OF AMERICA, N.A., which was filed with the Court on or about July 2, 2018 (Document No. 62).

Kindly withdraw the Certificate of No Response to the Motion of Relief from the Automatic Stay of BANK OF AMERICA, N.A., which was filed with the Court on or about July 20, 2018 (Document No. 65).

    Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
Attorney for Movant
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

July 24, 2018