Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 16-12509-PMM

MICHAEL J COCCHIOLA  
TINA L COCCHIOLA  
2309 KATIE COURT  
EASTON  PA   18040

Petition Filed Date: 04/08/2016  
341 Hearing Date: 08/23/2016  
Confirmation Date: 11/30/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $550.00 | | 02/08/2019 | $550.00 | | 03/08/2019 | $550.00 | |
| 04/09/2019 | $550.00 | | 05/06/2019 | $550.00 | | 06/07/2019 | $550.00 | |
| 07/08/2019 | $550.00 | | 08/08/2019 | $550.00 | | 09/06/2019 | $550.00 | |
| 10/07/2019 | $550.00 | 6228651000 | 11/12/2019 | $550.00 | 6313528000 | 12/09/2019 | $550.00 | 6383663000 |
| 01/08/2020 | $550.00 | 6460063000 | 02/10/2020 | $550.00 | 6541274000 | 03/09/2020 | $550.00 | 6613116000 |
| 04/06/2020 | $550.00 | 6687195000 | 05/08/2020 | $550.00 | 6765170000 | 06/11/2020 | $550.00 | 6835327000 |
| 07/06/2020 | $550.00 | 6897317000 | 08/07/2020 | $550.00 | 6983229000 | | | |

**Total Receipts for the Period: $11,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $28,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN EXPRESS NATIONAL BANK »» 002 | Unsecured Creditors | $13,943.95 | $1,920.43 | $12,023.52 |
| 6 | BANK OF AMERICA NA »» 006 | Unsecured Creditors | $17,509.89 | $2,411.65 | $15,098.24 |
| 11 | BANK OF AMERICA  N.A. »» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $11,832.58 | $1,629.79 | $10,202.79 |
| 10 | HYUNDAI MOTOR FINANCE COMPANY »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | JH PORTFOLIO DEBT EQUITIES LLC »» 007 | Unsecured Creditors | $25,837.83 | $3,558.61 | $22,279.22 |
| 9 | MERCHANTS BANK OF BANGOR »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 003 | Unsecured Creditors | $12,936.62 | $1,781.72 | $11,154.90 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 004 | Unsecured Creditors | $610.68 | $82.37 | $528.31 |
| 8 | SYNCHRONY BANK »» 008 | Unsecured Creditors | $9,186.82 | $1,265.25 | $7,921.57 |
| 5 | WELLS FARGO BANK NA »» 005 | Unsecured Creditors | $78,803.13 | $10,853.56 | $67,949.57 |
| 12 | ROBERT C LEITE-YOUNG »» 012 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

**Chapter 13 Case No. 16-12509-PMM**

|  | SUMMARY |  |  |
|---|---|---|---|

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $28,400.00 | Current Monthly Payment: | $1,476.48 |
| Paid to Claims: | $25,003.38 | Arrearages: | $926.48 |
| Paid to Trustee: | $2,404.85 | Total Plan Base: | $45,677.32 |
| Funds on Hand: | $991.77 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.