**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: MICHAEL & TINA COCCHIOLA   :   Bankruptcy No. 16-12509
                                  :
                                  :
         DEBTORS                  :   Chapter 13

<u>ENTRY OF APPEARANCE</u>

TO THE CLERK:

Kindly enter my appearance on behalf of the Debtors, Michael & Tina Cocchiola, and include my name on the Mailing matrix to receive all notices in this case. The debtors prior counsel is deceased.

                                        Respectfully submitted,


                                         /Zachary Perlick, Esquire/
                                        ZACHARY PERLICK, ESQUIRE
                                        1420 Walnut Street, Suite 720
                                        Philadelphia, PA 19102
                                        (215) 569-2922
                                        Perlick@verizon.net