**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: MICHAEL & TINA COCCHIOLA | : | Bankruptcy No. 16-12509 |
| | : | |
| | : | |
| DEBTORS | : | Chapter 13 |

<u>ENTRY OF APPEARANCE</u>

TO THE CLERK:

Kindly enter my appearance on behalf of the Debtors, Michael & Tina Cocchiola, and include my name on the Mailing matrix to receive all notices in this case.

Respectfully submitted,

<u> /Zachary Perlick, Esquire/ </u>
ZACHARY PERLICK, ESQUIRE
1420 Walnut Street, Suite 720
Philadelphia, PA 19102
(215) 569-2922
Perlick@verizon.net