```
                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE: MICHAEL & TINA COCCHIOLA    :    CHAPTER 13
:
:
      DEBTORS    :Bankruptcy No. 16-12509PMM

<u>ORDER</u>

AND NOW, this 4th day of March, 2021, upon consideration of the Debtor's Motion to Amend Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED, and Debtor's amended plan is hereby confirmed.

BY THE COURT:

*Patricia M. Mayer*
_____
THE HONORABLE PATRICIA M. MAYER