**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
|   **Tina L. Cocchiola** | : | **Case No.: 16-12509** |
|   **Michael J. Cocchiola** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
|   **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Wells Fargo Bank, N.A.** ("Creditor").  **Karina Velter** is no longer counsel for Creditor.


/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

17-003880_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 16-12509** |
| **Tina L. Cocchiola** : | **Chapter 13** |
| **Michael J. Cocchiola** : | **Judge Patricia M. Mayer** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** : | |
| : | |
| **Wells Fargo Bank, N.A.** : | **Related Document #** |
| **Movant,** : | |
| vs : | |
| : | |
| **Tina L. Cocchiola** : | |
| **Michael J. Cocchiola** : | |
| : | |
| **Scott F. Waterman** : | |
| **Respondents.** | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com

Robert Leite-Young, Attorney for Tina L. Cocchiola and Michael J. Cocchiola, Law Office Robert Leite-Young, 6950 Castor Avenue, Philadelphia, PA 19149, rleite@roachleite.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 6, 2021:

Tina L. Cocchiola and Michael J. Cocchiola, 2309 Katie Court, Easton, PA 18040

Bank of America, 1800 Tap Canyon Road, Simi Valley, CA 93063

DATE: <u>March 6, 2021</u>

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)

17-003880_PS

Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

17-003880_PS