United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 16-12509-pmm

Michael J Cocchiola  Chapter 13

Tina L Cocchiola

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 04, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J Cocchiola, Tina L Cocchiola, 2309 Katie Court, Easton, PA 18040-8476 |
| NONE | + | Robert Captain Leite-Young, 2938 Levick Street, Ground, Philadelphia, PA 19149, UNITED STATES 19149-3050 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: gecsedi@recoverycorp.com | Mar 05 2021 02:33:42 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 06, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:

**Name**    **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor Bank of America  N.A. bkgroup@kmllawgroup.com

JOSHUA I. GOLDMAN
    on behalf of Creditor Bank of America  N.A. Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

| | |
|---|---|
| KARINA VELTER | on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com |
| KARINA VELTER | on behalf of Defendant Wells Fargo Bank N.A. Home Equity Group amps@manleydeas.com |
| KEVIN G. MCDONALD | on behalf of Creditor Bank of America N.A. bkgroup@kmllawgroup.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Bank of America N.A. bkgroup@kmllawgroup.com |
| ROBERT LEITE-YOUNG | on behalf of Robert Captain Leite-Young rleite@roachleite.com lanette@roachleite.com |
| ROBERT LEITE-YOUNG | on behalf of Debtor Michael J Cocchiola rleite@roachleite.com lanette@roachleite.com |
| ROBERT LEITE-YOUNG | on behalf of Plaintiff Michael J Cocchiola rleite@roachleite.com lanette@roachleite.com |
| ROBERT LEITE-YOUNG | on behalf of Plaintiff Tina L Cocchiola rleite@roachleite.com lanette@roachleite.com |
| ROBERT LEITE-YOUNG | on behalf of Joint Debtor Tina L Cocchiola rleite@roachleite.com lanette@roachleite.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS I. PULEO | on behalf of Creditor Bank of America N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Michael J Cocchiola Perlick@verizon.net pireland1@verizon.net |
| ZACHARY PERLICK | on behalf of Joint Debtor Tina L Cocchiola Perlick@verizon.net pireland1@verizon.net |

TOTAL: 17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL & TINA COCCHIOLA        :    CHAPTER 13
                                       :
                                       :
        DEBTORS                        :Bankruptcy No. 16-12509PMM

ORDER

AND NOW, this 4th day of March, 2021, upon consideration of the Debtor's Motion to Amend Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED, and Debtor's amended plan is hereby confirmed.

BY THE COURT:

*Patricia M. Mayer*
THE HONORABLE PATRICIA M. MAYER