| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 16-12509-PMM**

MICHAEL J COCCHIOLA  
TINA L COCCHIOLA  
2309 KATIE COURT  
EASTON  PA    18040

Petition Filed Date: 04/08/2016  
341 Hearing Date: 08/23/2016  
Confirmation Date: 11/30/2017

Case Status: Completed on 4/ 5/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2020 | $550.00 | 6460063000 | 02/10/2020 | $550.00 | 6541274000 | 03/09/2020 | $550.00 | 6613116000 |
| 04/06/2020 | $550.00 | 6687195000 | 05/08/2020 | $550.00 | 6765170000 | 06/11/2020 | $550.00 | 6835327000 |
| 07/06/2020 | $550.00 | 6897317000 | 08/07/2020 | $550.00 | 6983229000 | 09/08/2020 | $550.00 | 7060931000 |
| 10/08/2020 | $3,329.44 | 7131522000 | 11/06/2020 | $1,476.48 | 7212671000 | 12/07/2020 | $1,476.48 | 7284065000 |
| 01/08/2021 | $1,476.48 | 7340581000 | 02/09/2021 | $1,476.48 | 7419300000 | 03/08/2021 | $1,476.48 | 7486560000 |
| 04/05/2021 | $1,476.48 | 7573326000 | | | | | | |

**Total Receipts for the Period: $17,138.32   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $41,138.32**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN EXPRESS NATIONAL BANK »» 002 | Unsecured Creditors | $13,943.95 | $2,967.89 | $10,976.06 |
| 6 | BANK OF AMERICA NA »» 006 | Unsecured Creditors | $17,509.89 | $3,727.00 | $13,782.89 |
| 11 | BANK OF AMERICA  N.A. »» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $11,832.58 | $2,518.64 | $9,313.94 |
| 10 | HYUNDAI MOTOR FINANCE COMPANY »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | JH PORTFOLIO DEBT EQUITIES LLC »» 007 | Unsecured Creditors | $25,837.83 | $5,499.56 | $20,338.27 |
| 9 | MERCHANTS BANK OF BANGOR »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 003 | Unsecured Creditors | $12,936.62 | $2,753.54 | $10,183.08 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 004 | Unsecured Creditors | $610.68 | $130.00 | $480.68 |
| 8 | SYNCHRONY BANK »» 008 | Unsecured Creditors | $9,186.82 | $1,955.39 | $7,231.43 |
| 5 | WELLS FARGO BANK NA »» 005 | Unsecured Creditors | $78,803.13 | $16,773.29 | $62,029.84 |
| 12 | ROBERT C LEITE-YOUNG »» 012 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 16-12509-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $41,138.32 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $37,825.31 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,313.01 | Total Plan Base: | $41,138.32 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.