United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 16-12509-pmm
Michael J Cocchiola | Chapter 13
Tina L Cocchiola
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 3
Date Rcvd: Jul 26, 2021 | Form ID: 138NEW | Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J Cocchiola, Tina L Cocchiola, 2309 Katie Court, Easton, PA 18040-8476 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| NONE | + | Robert Captain Leite-Young, 2938 Levick Street, Ground, Philadelphia, PA 19149, UNITED STATES 19149-3050 |
| 13722608 | | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 13733956 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 13733958 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 13816200 | | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 13733944 | #+ | Bank of America, 1800 Tap Canyon Road, Simi Valley, CA 93063-6712 |
| 13751073 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13733968 | + | Merchants Bank, 25 Broadway, Bangor, PA 18013-2601 |
| 13779572 | + | Merchants Bank of Bangor, Attn: Larry Rice, Jr., 1250 Braden Boulevard, Easton, PA 18040-7979 |
| 13733973 | + | Wells Fargo Bank NV NA, P.O. Box 31557, Billings, MT 59107-1557 |
| 13747936 | | Wells Fargo Bank, N.A., 1 Home Campus X2303-01A, Des Moines, IA 50328-0001 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 26 2021 23:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 26 2021 23:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 23:33:58 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13733957 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2021 23:48:00 | AT&T, AT&T Universal Card, Des Moines, IA 50363 |
| 13733960 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 26 2021 23:33:58 | Capital One, 26525 North Riverwoods Boulevard, Mettawa, IL 60045-3438 |
| 13733961 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 26 2021 23:33:58 | Capital one Card, PO Box 71107, Charlotte, NC 28272-1107 |
| 13733963 | + | Email/Text: clientservices@credit-control.com | Jul 26 2021 23:31:00 | Credit Control, 5757 Phantom Drive, Ste 330, |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Hazelwood, MO 63042-2429 |
| 13712820 | + | Email/Text: mrdiscen@discover.com | Jul 26 2021 23:30:00 | Discover Bank, Discover Products INC, P.O. Box 3025, New Albany Ohio 43054-3025 |
| 13733964 | + | Email/Text: mrdiscen@discover.com | Jul 26 2021 23:30:00 | Discover Fin Svcs LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 13801028 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 26 2021 23:31:00 | Hyundai Capital America DBA, Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 13733945 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 26 2021 23:31:00 | Hyundai Finance, PO BOX 650805, Dallas, TX 75265-0805 |
| 13733962 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 26 2021 23:33:58 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 13733969 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 26 2021 23:33:58 | Slate/Chase, PO Box 15123, Wilmington, DE 19850 |
| 13733967 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 23:34:13 | Lowes Credit, PO Box 1111, North Wilkesboro, NC 28659-1111 |
| 13725118 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 26 2021 23:31:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 13753406 | | Email/Text: bnc-quantum@quantum3group.com | Jul 26 2021 23:30:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13711380 | | Email/PDF: rmscedi@recoverycorp.com | Jul 26 2021 23:34:05 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13733970 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 23:34:13 | SYNCB/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 13733971 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 23:34:13 | SYNCB/SAMS CLUB, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14060353 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 23:34:13 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13754692 | | Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 23:34:13 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 13733972 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2021 23:48:00 | UNVL/CITI, P.O. Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13733965 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, FIA CSNA, P.O. Box 982235, El Paso, TX 79998 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Case 16-12509-pmm    Doc 87    Filed 07/28/21    Entered 07/29/21 00:36:33    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 26, 2021 | Form ID: 138NEW | Total Noticed: 39 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:**

**Name**     **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor Bank of America  N.A. bkgroup@kmllawgroup.com

JOSHUA I. GOLDMAN
    on behalf of Creditor Bank of America  N.A. Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KARINA VELTER
    on behalf of Defendant Wells Fargo Bank  N.A. Home Equity Group amps@manleydeas.com

KEVIN G. MCDONALD
    on behalf of Creditor Bank of America  N.A. bkgroup@kmllawgroup.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Bank of America  N.A. bkgroup@kmllawgroup.com

ROBERT LEITE-YOUNG
    on behalf of Joint Debtor Tina L Cocchiola rleite@roachleite.com  lanette@roachleite.com

ROBERT LEITE-YOUNG
    on behalf of Robert Captain Leite-Young rleite@roachleite.com  lanette@roachleite.com

ROBERT LEITE-YOUNG
    on behalf of Debtor Michael J Cocchiola rleite@roachleite.com  lanette@roachleite.com

ROBERT LEITE-YOUNG
    on behalf of Plaintiff Michael J Cocchiola rleite@roachleite.com  lanette@roachleite.com

ROBERT LEITE-YOUNG
    on behalf of Plaintiff Tina L Cocchiola rleite@roachleite.com  lanette@roachleite.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor Bank of America  N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
    on behalf of Joint Debtor Tina L Cocchiola Perlick@verizon.net  pireland1@verizon.net

ZACHARY PERLICK
    on behalf of Debtor Michael J Cocchiola Perlick@verizon.net  pireland1@verizon.net

TOTAL: 17

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Michael J Cocchiola and Tina L Cocchiola

       Debtor(s)    Bankruptcy No: 16−12509−pmm

       Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        United States Bankruptcy Court
        Office of the Clerk, Gateway Building
        201 Penn Street, 1st Floor
        Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 7/26/21

        86 − 85
        Form 138_new