United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-12509-pmm |
| Michael J Cocchiola | Chapter 13 |
| Tina L Cocchiola | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 26, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Michael J Cocchiola, Tina L Cocchiola, 2309 Katie Court, Easton, PA 18040-8476 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Bank of America  N.A. bkgroup@kmllawgroup.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Bank of America  N.A. Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| KARINA VELTER | on behalf of Defendant Wells Fargo Bank  N.A. Home Equity Group amps@manleydeas.com |
| KEVIN G. MCDONALD | on behalf of Creditor Bank of America  N.A. bkgroup@kmllawgroup.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MATTEO SAMUEL WEINER | |

    on behalf of Creditor Bank of America N.A. bkgroup@kmllawgroup.com

ROBERT LEITE-YOUNG
    on behalf of Robert Captain Leite-Young rleite@roachleite.com lanette@roachleite.com

ROBERT LEITE-YOUNG
    on behalf of Debtor Michael J Cocchiola rleite@roachleite.com lanette@roachleite.com

ROBERT LEITE-YOUNG
    on behalf of Plaintiff Michael J Cocchiola rleite@roachleite.com lanette@roachleite.com

ROBERT LEITE-YOUNG
    on behalf of Plaintiff Tina L Cocchiola rleite@roachleite.com lanette@roachleite.com

ROBERT LEITE-YOUNG
    on behalf of Joint Debtor Tina L Cocchiola rleite@roachleite.com lanette@roachleite.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor Bank of America N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
    on behalf of Joint Debtor Tina L Cocchiola Perlick@verizon.net pireland1@verizon.net

ZACHARY PERLICK
    on behalf of Debtor Michael J Cocchiola Perlick@verizon.net pireland1@verizon.net

TOTAL: 17

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Michael J Cocchiola and Tina L Cocchiola  : Case No. 16−12509−pmm
    Debtor(s)

### ORDER
_____

AND NOW, this day , August 26, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court